IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEXTER CRISHON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 99-RRA-2942-S |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

**ENTERED**
SEP 22 2004

## MEMORANDUM OPINION

The defendant filed a special report in response to the plaintiff's claim that the FBI had forfeited his 1994 Chevrolet Suburban without due process of law. The plaintiff was informed that the special report would be treated as a motion for summary judgment and given an opportunity to respond. The plaintiff has failed to respond.

After consideration of the entire court file, as well as the defendant's motion, the court is of the opinion that the defendant's motion for summary judgment is due to be granted. An appropriate order will be entered.

DONE this ____ day of September, 2004.

William M. Acker, Jr.
Senior United States District Judge